IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARK LENZI,
                    *Plaintiff,*

   v.

MARCO RUBIO, *et al.*,
                    *Defendants.*

1:25-cv-01710-MSN-WEF

ORDER

This matter comes before the Court on Defendants' Motion for Summary Judgment (ECF 22), and Plaintiff's Motion for Partial Summary Judgment (ECF 32). Upon consideration of the motions and the arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that Defendants' Motion for Summary Judgment (ECF 22), is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED as to Count III of Plaintiff's Amended Complaint (ECF 18), and claims in Count II of the Amended Complaint related to Plaintiff's suspension without pay on June 18, 2025. The Motion is otherwise DENIED as to Counts I, II, and IV; it is further

ORDERED that Plaintiff's Motion for Partial Summary Judgment (ECF 32), is DENIED; it is further

ORDERED that Count III of Plaintiff's Amended Complaint is DISMISSED; it is further

ORDERED that Defendants shall file a response to Plaintiff's Amended Complaint (ECF 18) within fourteen (14) days.

It is SO ORDERED.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
_____
Michael S. Nachmanoff
United States District Judge

April 3, 2026
Alexandria, Virginia

2