**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MARK LENZI,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCO RUBIO, in his official capacity as<br>United States Secretary of State; and the<br>UNITED STATES DEPARTMENT OF STATE<br><br>    Defendants. | Case No. 1:25-cv-01710-MSN-WEF |

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 8, Defendants U.S. Department of State ("Agency") and Marco Rubio, in his official capacity as Secretary of the Department of State, hereby answer the First Amended Complaint (Dkt. No. 18 ("Complaint")) in the above-captioned action as follows, using the paragraph numbering of the Complaint.[1]

**PRELIMINARY STATEMENT**

1.  The allegations in this paragraph consist of Plaintiff's characterization of his claims and action, which requires no response. To the extent a response is required, denied.

2.  Defendants admit that Plaintiff joined the Agency in 2011. Defendants admit that Plaintiff has, at times, been posted overseas as a Security Engineering Officer ("SEO") in the Bureau of Diplomatic Security ("DS"). Defendants deny the remaining allegations in this paragraph.

---

[1] Defendants have not responded to the headings in the Complaint on the grounds that they are not factual allegations. To the extent a response is required to the headings, Defendants deny them.

3.      Defendants admit that Plaintiff was stationed in China in 2017. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the remainder of the first sentence of this paragraph The allegations in the second sentence of this paragraph are admitted to the extent that the media has coined the term "Havana Syndrome." The allegations in the third sentence of this paragraph relating to a National Academies of Science, Engineering, and Medicine report pertain to a document, which speaks for itself. To the extent the allegations about the document differ from its contents, Defendants deny them. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the remainder of this paragraph.

4.      Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

5.      Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

6.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. Defendants respectfully note that Plaintiff provided a document, referenced in footnote 1 in this paragraph, however, Defendants lack knowledge or information sufficient to form a belief about the authenticity of this document, and no response is required. To the extent a response is required, denied.

7.      Defendants admit the allegations in the first sentence of this paragraph and deny the allegations in the second sentence of this paragraph.

8.      Defendants admit the allegations in the first two sentences of this paragraph and deny the allegations in the third sentence of this paragraph.

9.      The allegations in this paragraph are a characterization of Plaintiff's previous

lawsuit, to which no response is required.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

11. Defendants admit the allegations in this paragraph.

12. Defendants admit the allegations in the first sentence of this paragraph. Defendants lack information sufficient for a belief about the truth of the allegations in the second sentence of this paragraph and on that basis denies them.

13. Defendants deny the allegations in this paragraph.

14. Defendants admit that Plaintiff was curtailed from his position in Helsinki, that his security clearance was suspended, and that he was placed in overcomplement status. Defendants deny the remaining allegations in this paragraph.

15. Defendants lack sufficient information to form a truth about the allegations in this paragraph and on that basis denies them. To the extent any allegation in this paragraph refers to a document, that document speaks for itself. To the extent any allegation differs from the content of the document, Defendants deny the allegation.

16. Defendants deny the allegations in this paragraph.

17. The allegations in this paragraph consist of Plaintiff's characterization of his claims and action, which requires no response. To the extent a response is required, denied.

## JURISDICTION

18. The allegations in this paragraph are legal conclusions, to which no response is required.

19. The allegations in this paragraph are legal conclusions, to which no response is required.

## VENUE

20.     The allegations in this paragraph are legal conclusions, to which no response is required.

21.     The allegations in this paragraph are legal conclusions, to which no response is required.

22.     The allegations in this paragraph are legal conclusions, to which no response is required.

23.     The allegations in this paragraph are legal conclusions, to which no response is required.

## PARTIES

24.     Defendants lack sufficient information to form a belief about the truth of the allegations in the first sentence of this paragraph and on that basis denies them. Defendants admit the allegations in the second sentence of this paragraph.

25.     The allegations about Plaintiff's status for the purposes of the Rehabilitation Act is a legal conclusion which requires no response. Defendants admit that Plaintiff was (and is) an employee of the U.S. Department of State and that he began his employment with the Department of State in or about August 2011. To the extent that any further response is required, denied.

26.     Defendants admit the allegations in this paragraph.

## FACTUAL ALLEGATIONS

27.     Defendants admits that Plaintiff's curriculum vitae reflects the experiences listed in the first three sentences of this paragraph. Defendants deny the remainder of the paragraph for lack of information sufficient to form a belief about the truth of the matters asserted.

28.     The allegations in this paragraph provide background that is unrelated to the case and requires no response. To the extent a response is required, denied. Plaintiff's hopes are not factual allegations, and no response is required. To the extent a response is required, denied. To

the extent that the allegations in this paragraph represent Plaintiff's subjective opinion, no response is required. To the extent a response is required, denied.

29. Defendants admit the following allegations in this paragraph: that Plaintiff has been employed as an SEO in Diplomatic Security and that Plaintiff is currently a tenured member of the foreign service at the FP-03 level. Defendants deny the remaining allegations in this paragraph.

30. To the extent that Plaintiff has actually worked in any specific locations in which he alleges he worked, admitted. To the extent that Plaintiff alleges he worked in "many other" locations, the term "many other" is too vague for Defendants to be able to form a belief about the truth of the allegations. To the extent a response is required, denied. To the extent that Plaintiff alleges he has "won State Department awards," the term "State Department Awards" is too vague for Defendants to be able to form a belief about the truth of the allegations. The remaining allegations in this paragraph represent Plaintiff's subjective opinion and do not require a response. To the extent a response is required, denied. In relation to footnote 5, Defendants aver that "TDY" stands for "temporary duty assignment."

31. Defendants admit the allegations in this paragraph.

32. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

33. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

34. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

35. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

36. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

37. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

38. Defendants admit that Plaintiff was involuntarily curtailed from his post in Helsinki. Defendants lack sufficient information to form a belief about the truth of the allegations about prior reasonable accommodation renewals and on that basis denies them. Defendants deny the remaining allegations in this paragraph.

39. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, denied.

40. Defendants admit the allegation that Plaintiff was in overcomplement status in May 2018. Defendants deny the remaining allegations in this paragraph.

41. Defendants admit the allegations in this paragraph.

42. Defendants admit the allegations in this paragraph.

43. Defendants admit the allegations in this paragraph.

44. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph 44 and therefore denies the same.

45. Defendants admit the allegations in this paragraph.

46. Defendants respectfully note that the contents of emails speak for themselves, and deny any allegations and quotations inconsistent therewith. To the extent any further response is required, denied.

47. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47.

48.    The allegations in this paragraph are vague and ambiguous in relation to the words "the position," and Defendants cannot reasonably prepare a response. To the extent a response is required, denied.

49.    Defendants admit the allegations contained in paragraph 49.

50.    Defendants deny the allegations in the first sentence of this paragraph. The allegations in the first, second, and final sentences of this paragraph represent the Plaintiff's subjective opinion and do not require a response. To the extent a response is required, denied. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the remainder of this paragraph. To the extent a response is required, denied.

51.    The allegations in this paragraph refer to a document, which speaks for itself. To the extent the allegations differ from the contents of the document, Defendants deny the allegations.

52.    The allegations in this paragraph refer to a document, which speaks for itself. To the extent the allegations differ from the contents of the document, Defendants deny the allegations.

53.    Defendants lack sufficient information to form a belief about the truth of the allegations as to Plaintiff's state of mind and on that basis denies them. Defendants deny the remaining allegations in this paragraph.

54.    Defendants admit the allegations in this paragraph.

55.    The allegations in this paragraph refer to a document, which speaks for itself. To the extent the allegations differ from the contents of the document, Defendants deny the allegations.

56.    Defendants admit the allegations in this paragraph.

57.    Defendants deny the allegations in this paragraph.

58.    Defendants deny the allegations in this paragraph.

59.    Defendants deny the allegations in the first sentence of this paragraph. Defendants lack sufficient information to form a belief as to the truth of the allegations contained in the second sentence of this paragraph and on that basis denies them.

60.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph, and therefore denies the same. The allegations in the second sentence of this paragraph are legal conclusions which do not require a response.

61.    Defendants deny the allegations in this paragraph.

62.    Defendants deny the allegations in this paragraph.

63.    Defendants deny the allegations in this paragraph.

64.    Defendants deny the allegations in this paragraph.

65.    Defendants deny the allegations in this paragraph.

66.    Defendants lack sufficient information to form a belief about the truth of allegations in this paragraph and on that basis denies them.

67.    Defendants deny the allegations in paragraph 67.

68.    Defendants deny the allegations in this paragraph.

69.    Defendants admit that Plaintiff denied contributing to a toxic work environment and that he told McMurry he came in later due to prescribed brain injury therapies of which his staff was aware. Defendants lack sufficient information to form a belief about the truth of the remaining allegations in this paragraph and on that basis denies them.

70.    Defendants admit the allegations in this paragraph.

71. Defendants admit the allegations in this paragraph.

72. Defendants lack sufficient information to form a belief about the truth of the allegations in the first sentence of this paragraph and on that basis deny them. Defendants deny the remaining allegations in this paragraph.

73. Defendants deny that any information discussed was a false rumor. Defendants otherwise admit the allegations in this paragraph 73.

74. Defendants lack sufficient information to form a belief about the truth of Plaintiff's state of mind and on that basis denies the allegations in this paragraph.

75. Defendants deny the allegations in this paragraph.

76. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

77. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

78. Defendants admit the allegations in this paragraph.

79. Defendants admit the allegations in this paragraph, except as to the allegation that McMurry was Plaintiff's supervisor, which they deny.

80. Defendants admit the allegations in this paragraph.

81. Defendants deny the allegations in this paragraph. To the extent the allegations in this paragraph is characterizing a document, the contents of the document speaks for itself.

82. Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

83. Defendants lack sufficient information to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

84. The allegations in this paragraph reference a document, the contents of which speak for themselves. To the extent the allegations differ from the document, Defendants deny the allegations.

85. Defendants admit the allegations in the first two sentences of this paragraph. Defendants lack sufficient information to form a belief about the truth of the allegations in the third sentence of this paragraph and on that basis denies them. Defendants deny the allegations in the last sentence of this paragraph.

86. Defendants deny the allegations in this paragraph.

87. Defendants deny the allegations in the first sentence of paragraph 87. Defendants admit that McMurry informed Plaintiff that his travel was to be limited and that he was to sign up for writing classes, but lack sufficient information to form a belief as to the truth of the dates alleged and on that basis denies them.

88. Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

89. Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient information to form a belief about the truth of the remaining allegations in this paragraph and on that basis denies them.

90. Defendants deny the allegations in this paragraph.

91. Defendants deny the allegations in this paragraph.

92. Defendants deny the allegations in this paragraph.

93. Defendants deny the allegations in this paragraph.

94. Defendants admit the allegations in this paragraph only to the extent that Plaintiff was curtailed. Defendants deny the remaining allegations in this paragraph.

95. Defendants deny the allegations in this paragraph.

96. Defendants admit that in January 2025, Plaintiff's security clearance was suspended, he was placed in overcomplement status, and was assigned to work as a passport/visa courier. Defendants deny any remaining allegations in this paragraph.

97. The allegations in this paragraph refer to a document, the contents of which speak for itself. To the extent the allegations differ from the contents of the document, Defendnats deny them.

98. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

99. Defendants admit the allegations in this paragraph 99.

100. Defendants deny the allegations in this paragraph 100.

101. Defendants admit that Plaintiff previously worked in the position referenced in paragraph 101. Defendants deny the remainder of the allegations contained in paragraph 101.

102. Defendants deny the allegations in paragraph 102.

103. Defendants deny the allegations in paragraph 103.

104. Defendants lack sufficient information to form a belief about the truth of the allegations in paragraph 104 and on that basis denies them.

105. To the extent that the allegations in the second sentence of paragraph 105 relate to something Hafid wrote in an email, the contents of that document speak for itself. To the extent the allegations in this paragraph conflict with the document, Defendants deny the allegations. Defendants deny the remaining allegations in this paragraph.

106. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first and second sentences of paragraph 106 and on that basis, denies them.

Defendants deny the allegations in the final sentence of this paragraph.

107. Defendants lack sufficient information to form a belief about the truth of the allegations contained in paragraph 107 and on that basis denies them.

108. To the extent that the allegations in paragraph 108 relate to something Hafid wrote in an email, the contents of that document speak for itself. To the extent the allegations in this paragraph conflict with the document, Defendants deny the allegations. Defendants deny the remainder of paragraph 108.

109. Defendants admit the allegations in paragraph 109.

110. Defendants lack sufficient information to form a belief about the truth of the allegations contained in paragraph 110 and on that basis denies them.

111. Defendants lack sufficient information to form a belief about the truth of the allegations in paragraph 111 and on that basis denies them.

112. Defendants lack sufficient information to form a belief about the truth of the allegations contained in paragraph 112 and on that basis denies them.

113. The allegations in paragraph 113 relate to a document, the contents which speak for itself. To the extent the allegations in this paragraph conflict with the document, Defendants deny the allegations.

114. The allegations in paragraph 114 relate to a document, the contents of which speak for itself. To the extent the allegations in this paragraph conflict with the document, Defendants deny the allegations.

115. Defendants lack sufficient information to form a belief about the truth of the allegations in the first and third sentences of paragraph 115 and on that basis denies them. Defendants admit the allegations in the second sentence.

116. Defendants lack sufficient information to form a belief about the truth of the allegations in paragraph 116 and on that basis denies them.

117. Defendants deny the allegations in paragraph 117.

118. Defendants admit the allegations in paragraph 118.

119. The allegations in paragraph 119 relate to a document, the contents which speak for itself. To the extent the allegations in paragraph 119 conflict with the document, Defendants deny the allegations.

120. Defendants admit the allegations in paragraph 120.

121. Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 121 and on that basis denies them.

122. Defendants admit that they requested medical documentation to support Plaintiff's request for an accommodation, and that such request occurred after the change in the administration. Defendants deny the remaining allegations in paragraph 122.

123. Defendants admit the allegations in paragraph 123.

124. Defendants lack knowledge or information sufficient to be able to form a belief about the truth of the allegations in the first sentence of paragraph 124 and on that basis denies them. The allegations in the second sentence of this paragraph refers to a document, the contents of which speak for itself. To the extent the allegations differ from the document, Defendants deny the allegations.

125. Defendants deny the allegations in the first sentence of paragraph 125. The allegations in the second sentence of this paragraph refer to a document, the contents of which speak for itself. To the extent the allegations differ from the document, Defendants deny the allegations.

126.    The allegations in paragraph 126 refer to a document, the contents of which speak for itself. To the extent the allegations differ from the document, Defendants deny the allegations.

127.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in the first sentence of paragraph 127 and on that basis denies them. The allegations in the second sentence of this paragraph reference a document, the contents of which speak for itself. To the extent the allegations differ from the document, Defendants deny the allegations.

128.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 128 and on that basis denies them.

129.    Defendants lack sufficient information sufficient to be able to form a belief about the truth of the allegations in paragraph 129 and on that basis denies them.

130.    Defendants deny the allegations in paragraph 130.

131.    Defendants admit the allegations in paragraph 131.

132.    Defendants lack sufficient information sufficient to be able to form a belief about the truth of the allegations in paragraph 132 and on that basis denies them.

133.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 133 and on that basis denies them.

134.    Defendants deny the allegations in this paragraph 134.

135.    Defendants deny the allegations in paragraph 135.

136.    Defendants deny the allegations in paragraph 136.

137.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 137 and on that basis denies them.

138.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 138 and on that basis denies them.

139.    Defendants deny the allegation in paragraph 139.

140.    Defendants deny the allegations in paragraph 140.

141.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 141 and on that basis denies them.

142.    Defendants deny that Plaintiff was placed on administrative leave on June 19, 2025 and admit the remaining allegations in this paragraph 142.

143.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

144.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 144. To the extent a response is required, denied.

145.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in paragraph 145 and on that basis denies them.

146.    Defendants admit the allegations in the first sentence of this paragraph. Defendants deny the allegations in sub-parts (a) and (b) of paragraph 146. Defendants admit the allegations in sub-part (c) of this paragraph.

147.    Defendants admit the allegations in paragraph 147.

148.    The allegations in paragraph 148 refer to a document, the contents of which speak for itself. To the extent the allegations in this paragraph differ from the document, Defendants deny the allegations.

149.    Defendants admit the allegations in paragraph 149.

150.    The allegations in paragraph 150 refer to a document, the contents of which speak for itself. To the extent the allegations in this paragraph differ from the document, Defendants

deny the allegations.

151.    The allegations in paragraph 151 refer to a document, the contents of which speak for itself. To the extent the allegations in this paragraph differ from the document, Defendants deny the allegations.

152.    The allegations in paragraph 152 are legal conclusions which do not require a response.

## COUNT ONE

153.    Defendants incorporate their previous responses to paragraphs 1 to 152 as if fully set forth here.

154.    The allegations in this paragraph are legal conclusions which do not require a response.

155.    The allegations in this paragraph are legal conclusions which do not require a response.

156.    The allegations in this paragraph are legal conclusions which do not require a response. To the extent these allegations are deemed factual, Defendants deny them.

157.    The allegations in this paragraph are legal conclusions which do not require a response.

158.    The allegations in this paragraph are legal conclusions which do not require a response.

159.    Defendants admit the allegations in this paragraph.

160.    Defendants admit the allegations in this paragraph.

161.    Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

162.    Defendants admit the allegations in this paragraph.

163.    The allegations in this paragraph refer to a document, the contents of which speak for itself. To the extent the allegations differ from the document, Defendants deny the allegations.

164.    The allegations in this paragraph refer to a document, the contents of which speak for itself. To the extent the allegations differ from the document, Defendants deny the allegations.

165.    Defendants refer the Court to their response to paragraph 53.

166.    Defendants refer the Court to their response to paragraph 58.

167.    Defendants lack sufficient information to be able to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

168.    The allegations in the first sentence of this paragraph are legal conclusions which do not require a response. To the extent a response is required, Defendants deny the allegations. Defendants admit the allegations in the second sentence of this paragraph.

169.    Defendants deny the allegations in this paragraph.

170.    Defendants lack sufficient information to form a belief about the truth of the allegations about Plaintiff's health and on that basis denies them. Defendants deny the remaining allegations in this paragraph.

171.    Defendants deny the allegations in this paragraph.

172.    Defendants admit the allegations in the first sentence of this paragraph. Defendants lack sufficient information to form a belief about the truth of the remaining allegations and on that basis denies them.

173.    Defendants deny the allegations in this paragraph.

174.    Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

175.    Defendants lack sufficient information to form a belief about the truth of the

allegations in this paragraph and on that basis denies them.

176. Defendants deny the allegations in the first sentence of this paragraph. Defendants deny the allegations in the second sentence of this paragraph. Defendants lack sufficient information to form a belief about the truth of the allegations in the third sentence of this paragraph and on that basis denies them.

177. Defendants deny the allegations in this paragraph.

178. Defendants deny the allegations in this paragraph.

179. Defendants deny the allegations in this paragraph.

180. Defendants deny the allegations in this paragraph.

181. Defendants deny the allegations in this paragraph.

182. Defendants deny the allegations in this paragraph.

183. Defendants deny the allegations in this paragraph.

184. Defendants deny the allegations in this paragraph.

185. The allegations in this paragraph are legal conclusions to which no response is required. To the extent this allegation is deemed factual, Defendants lack sufficient information to form a belief about the truth of the extent of Plaintiff's claimed injuries and on that basis denies them.

## COUNT TWO

186. Defendants reincorporate their responses to the preceding paragraphs as if fully set forth here.

187. The allegations in this paragraph are legal conclusions to which no response is required.

188. The allegations in this paragraph are legal conclusions to which no response is required.

189.    The allegations in the first sentence of this paragraph are legal conclusion to which no response is required. Defendants deny the allegations in the second sentence of this paragraph.

190.    Defendants admit that Plaintiff made numerous complaints to his supervisors about what he perceived as unfair treatment and alleged it was retaliation. Defendants deny the remaining allegations in this paragraph.

191.    Defendants lack sufficient information to form a belief about the truth of the allegations about Plaintiff's health and on that basis denies them. Defendants deny the remaining allegations in this paragraph.

192.    Defendants deny the allegations in this paragraph.

193.    Defendants refer the Court to their response to paragraph 172.

194.    Defendants deny the allegations in this paragraph.

195.    Defendants refer the Court to their response in paragraph 174.

196.    Defendants refer the Court to their response in paragraph 176.

197.    Defendants refer the Court to their response in paragraph 177

198.    Defendants deny the allegations in this paragraph.

199.    Defendants lack sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

200.    The allegations in this paragraph are legal conclusions, to which no response is required.

201.    Defendants refer the Court to their response in paragraph 148.

202.    The allegations in this paragraph are legal conclusions which do not require a response.

203.    Defendants admit the allegation that Plaintiff was placed in overcomplement status

and deny the remaining allegations in this paragraph.

204. The allegations in this paragraph are legal conclusions which do not require a response.

205. Defendants admit the allegations in the first two sentences of this paragraph. Defendants lack sufficient information to form a belief about the truth of the allegations in the third sentence and on that basis deny them.

206. Defendants admit that Plaintiff filed his third EEO complaint in May 2025, that Plaintiff was placed on administrative leave in June 2025, and that Plaintiff was later placed on leave without pay. Defendants deny the remainder of the allegations in this paragraph.

207. The allegations in this paragraph are legal conclusions to which no response is required. To the extent this allegation is deemed factual, Defendants lack sufficient information to form a belief about the truth of the extent of Plaintiff's claimed injuries and on that basis denies them.

## COUNT THREE

The Court dismissed Count III, hostile work environment. As such, Defendants do not provide a response to the allegations in paragraphs 208 through and including 226. To the extent a response is required, Defendants deny any allegations not specifically admitted in such paragraphs.

## COUNT FOUR

227. Defendants incorporate their responses to the preceding paragraphs as if fully set forth here.

228. The allegations in this paragraph are legal conclusions to which no response is required.

229. The allegations in this paragraph are legal conclusions to which no response is

required.

230.    Defendants lack sufficient to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

231.    Defendants admit the allegations in this paragraph.

232.    Defendants sufficient information to form a belief about the truth of the allegations in this paragraph and on that basis denies them.

233.    The allegations in this paragraph are legal conclusions to which no response is required

234.    Defendants admit that Plaintiff was involuntarily curtailed from Helsinki. Defendants deny the remaining allegations in this paragraph.

235.    Defendants deny the allegations in this paragraph.

236.    Defendants admit the allegation that Plaintiff was required to formally renew his reasonable accommodation. Defendants deny the remaining allegations in this paragraph.

237.    Defendants admit the allegations in this paragraph.

238.    Defendants deny the allegations in this paragraph.

239.    Defendants deny the allegations in this paragraph.

240.    Defendants deny the allegations in this paragraph.

241.    The allegations in this paragraph are legal conclusions to which no response is required. To the extent this allegation is deemed factual, Defendants lack sufficient information to form a belief about the truth of the extent of Plaintiff's claimed injuries and on that basis denies them.

## PRAYER FOR RELIEF

The subparagraphs (A) through (J) represent Plaintiff's prayer for relief, to which no response is required. Defendants deny that Plaintiff is entitled to any relief here.

## JURY DEMAND

Plaintiff's demand for a jury is a legal conclusion to which no response is required.

\*\*\*

Without waiving, limiting, or modifying the foregoing, Defendants assert the following affirmative defenses:

A.    Defendants had legitimate, non-discriminatory, non-retaliatory reasons for all actions taken against Plaintiff.

B.    Plaintiff unreasonably failed to take advantage of appropriate opportunities to prevent, mitigate, accommodate, and/or correct the damages he claims.

C.    Defendants reserve the right to raise any affirmative defense—including but not limited to those expressly found in Federal Rule of Civil Procedure 8(c)—not currently known, which they may have or through discovery learn may be applicable.

Dated: April 17, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

_____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3757
Fax:    (703) 299-3983
Email: meghan.loftus@usdoj.gov

SEAN JANSEN
Assistant United States Attorney
Office of the United States Attorney
101 W. Main Street Suite 8000

Norfolk, Virginia 23510
Tel:    (757)  441-6799
Fax:    (757)   441-6689
Email: sean.jansen@usdoj.gov

*Counsel for Defendants*