**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARK LENZI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-1710 (MSN/WEF) |
| | ) | |
| MARCO RUBIO, SECRETARY OF STATE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate and agree that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs, attorney's fees, and expenses.   The claims asserted by Plaintiff in the above-captioned action have been settled, and a settlement agreement dated June 24, 2026 has been executed and is now binding on the parties, making the case ripe for dismissal.

//

Respectfully submitted,


_____/s/_____

CHRISTOPHER ALAN SUAREZ
Va. Bar No. 94400
STEPTOE LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Tel: 202-429-8131
Email: csuarez@steptoe.com


STEVEN KAPLAN
STEPTOE LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Tel: 202-429-3000
Fax: 202-429-3902
Email: skaplan@steptoe.com
*Pro Hac Vice*


*Counsel for Plaintiff*


Dated: June 25, 2026

TODD W. BLANCHE
ACTING ATTORNEY GENERAL


*By:* _____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3757
Fax:    (703) 299-3983
Email: meghan.loftus@usdoj.gov

SEAN JANSEN
Assistant United States Attorney
Office of the United States Attorney
101 W. Main Street Suite 8000
Norfolk, Virginia 23510
Tel:    (757) 441-6799
Fax:    (757) 441-6689
Email: sean.jansen@usdoj.gov

*Counsel for Defendant*

Dated: June 25, 2026