IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARK LENZI,                                  )
                                             )
            Plaintiff,                        )
                                             )
      v.                                      )    Case No. 1:25-cv-1710 (MSN/WEF)
                                             )
MARCO RUBIO, SECRETARY OF STATE,             )
                                             )
                                             )
            Defendant.                        )

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs, attorney's fees, and expenses. The claims asserted by Plaintiff in the above-captioned action have been settled, and a settlement agreement dated June 24, 2026 has been executed and is now binding on the parties, making the case ripe for dismissal.

So ordered

/s/
Michael S. Nachmanoff
United States District Judge
6/25/26

//